IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WALID ABDULLAH MUHAMMAD, : No. 3:24cv700
      Plaintiff :
: (Judge Munley)
v. :
:
YVETTE KANE, :
      Defendant :

## ORDER

**AND NOW**, to wit, this 24 day of April 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

1) Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is **DENIED**;

2) Plaintiff's complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b); and

3) The Clerk of Court is directed to close this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court